**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**RULE 16 DISCOVERY CONFERENCE**

**COURT MINUTES-CIVIL**
BEFORE: Jeanne J. Graham
U.S. Magistrate Judge

| | |
|---|---|
| Federal Trade Commission,<br>      Plaintiff,<br>v.<br>Ovation Pharmaceuticals, Inc,<br>      Defendant. | Case No.:   08-cv-6379 (JNE/JJG) |
| State of Minnesota,<br>      Plaintiff,<br>v.<br>Ovation Pharmaceuticals, Inc.,<br>      Defendant. | Case No.:   08-cv-6381 (JNE/JJG)<br><br>Date:              February 6, 2009<br>Court Reporter:    n/a<br>Courtroom:         3B<br>Time Commenced:    11:02 a.m.<br>Time Concluded:    11:48 a.m.<br>Time in Court:     46 minutes |

**HEARING ON:** Rule 16 Discovery Conference

**APPEARANCES:**

   For Federal Trade Commission: Kyle Chadwick, Robert Canterman, Markus Meier
   For State of Minnesota: Kristen Olsen, Alan Gilbert, Gabriel Gervey
   For Ovation Pharmaceuticals: Sean Berkowitz, Steve Gaskins

**PROCEEDINGS:** In-person discussion of pretrial deadlines. A pretrial scheduling order will be issued.

   The parties will submit the issue of in-house counsel's access to confidential documents to the Court on the papers. No hearing will be scheduled. The parties must meet and confer on the issue by February 13, 2009. Ovation's memorandum is due on February 27, 2009. The Federal Trade Commission's and the State of Minnesota's memoranda are due on March 6, 2009.

                                                                        s/Adrienne Meyers
                                                                        Signature of Law Clerk