**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Federal Trade Commission,                                       08cv6379        (JNE/JJG)

v.

Lundbeck, Inc.,

_____

State of Minnesota,                                                    08cv6381        (JNE/JJG)

v.

Lundbeck, Inc.,

_____

St. Barnabas Hospital, Inc., on behalf                           09cv1375        (ADM/FLN)
of itself and all others similarly situated,

v.

Lundbeck, Inc. And Ovation
Pharmaceuticals, Inc.,

_____

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case Nos. 08cv6379 and 08cv6381 having been assigned to Judge Joan N. Ericksen and Magistrate Judge Jeanne J. Graham and Case No. 09cv1375 having later been assigned to Judge Ann D. Montgomery and Magistrate Judge Franklin L. Noel, said matters being related cases,

**IT IS HEREBY ORDERED** That Case No 09cv1375 be assigned to Judge Joan N. Ericksen and Magistrate Judge Jeanne J. Graham, *nunc pro tunc,* by use of a card on the Antitrist list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated December 19, 1008.

DATED: June 22, 2009                           s/ Joan N. Ericksen
                                                                JOAN N. ERICKSEN, Judge
                                                                United States District Court


DATED: June 24, 2009                           s/Ann D. Montgomery

                                                                ANN D. MONTGOMERY, Judge
                                                                United States District Court